**AMERICAN ELECTRIC POWER COMPANY, INC. and Affiliated Corporations; Aep Service Corporation; Appalachian Power Company; Central Ohio Coal Company; Columbus Southern Power Company; Conesville Coal Preparation; Indiana Michigan Power Company; Kingsport Power Company; Ohio Power Company; Southern Ohio Coal Company Plaintiffs—Appellants**

v.

**UNITED STATES of America Defendant—Appellee**

No. 01–3495.

United States Court of Appeals, Sixth Circuit.

July 9, 2003.

Before: NELSON, COLE and GILMAN, Circuit Judges.

Upon consideration of the petition for rehearing filed by the appellants',

It is ORDERED that the petition for rehearing be, and it hereby is, DENIED.

It is further ORDERED that Judge Nelson's separate concurring opinion has been withdrawn.